In The

# *Court of Appeals*

# *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00369-CR**
**NO. 09-12-00370-CR**

_____

**GILBERT BRYAN ZARAGOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 09-07309, 09-07310**

## ORDER

On November 5, 2012, appellant's appointed counsel filed motions to withdraw and briefs which urge this Court to review these appeals pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008). Counsel certified service of the motions to withdraw and the briefs on the appellant. Counsel states that he provided appellant with copies of the reporter's records and notified appellant of his right to review the records and file *pro se* briefs.

1

It is, therefore, ORDERED that appellant, Gilbert Bryan Zaragoza, be given 60 days from the date hereof to file *pro se* briefs. It is, further, ORDERED that the State may file reply briefs, due 30 days from the date appellant files his briefs, or if no briefs are filed by appellant, 70 days from the date hereof.

ORDER ENTERED November 8, 2012.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.